ACCEPTED
14-14-00855-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 12:56:07 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00855-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 12:56:07 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
AT HOUSTON, TEXAS

ADEEL ZAIDI, A. K. CHAGLA, PRESTIGE CONSULTING, INC.,
and APEX KATY PHYSICIANS – TMG, L.L.C., Appellants,

v.

PANKAJ K. SHAH and APEX KATY PHYSICIANS, LLC, Appellees.

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2009-02578

**APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF 15,000 WORDS**

TO THE HONORABLE COURT:

Pursuant to TRAP 9.4(i)(4), Appellants move the Court for leave to file an Appellant's Brief in excess of the 15,000 word limit of TRAP 9.4(i)(2)(B) as follows:

1. Appeal was duly perfected in this case on October 21, 2014. The Judgment appealed from awarded over $50,000,000 in actual and exemplary damages at the conclusion of a three-and-a-half day bench trial on over 20 causes of action, from breach of contract to fraud to the Texas Theft Act.

2. There were no findings of fact or conclusions of law on the amount of any damages awarded on any claim, however, despite Appellants' request for additional findings and conclusions. The Judgment awarded these damages simply as aggregate, gross amounts, for Shah in the gross amount of $9,336,920,00, and for Apex Katy Physicians, LLC, in the gross amount of $4,071,584.00.

3. Additionally, this case is extremely complicated and involves numerous claims, defenses, findings, and conclusions, all of which are hotly contested. Appellants have been forced to cover every single issue in possible way in order to attack the nonspecific and aggregate findings.

3. Appellants have tried very hard to this very day to produce a *proper* brief that contains only 15,000 words, but still asserts their well founded positions, but this has been frankly impossible. Consequently, Appellants request leave to file a brief that does not exceed 20,000 words in the interest of justice.

4. Mr. Gaston, Appellee's lead counsel on this appeal, has today advised that Appellee's are not opposed to this request.

WHEREFORE, Appellants Adeel Zaidi, A. K. Chagla, Prestige Consulting, Inc., and Apex Katy Physicians, – TMG, LLC, and Appellees Pankaj K. Shah and Apex Katy Physicians, LLC, respectfully request that the Court grant this leave and such other relief as is appropriate.

March 17, 2015                Respectfully submitted,

LAW OFFICES OF DOUGLAS R. LITTLE

By */s/ Douglas R. Little*

    Douglas R. Little
    State Bar No. 12416600
    The Lyric Centre, Suite 900
    440 Louisiana Street
    Houston, Texas 77002
    713.275.2069
    doug@douglasrlittle.com

    COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel listed below via: _____ hand delivery; _____ certified mail, return receipt requested; _____ telefax transmission; _____ express mail; __ ✓__ eFileTexas.gov/electronic mail; or _____ first class United States mail, on the 17th day of March, 2015:

Jeremy Gaston
Andrew K. Meade
Hawash Meade, et al.
2118 Smith Street
Houston, Texas 77002

                           */s/ Douglas R. Little*
                           Douglas R. Little